UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONALD KASEL, *et al.*,<br><br>　　　　　Plaintiffs,<br>vs.<br><br>JOHN FRANK RODGERS, *et al.*,<br><br>　　　　　Defendants. | Case No.: 2:19-cv-01711-GMN-EJY<br><br>**ORDER OF DISMISSAL PURSUANT TO RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

　　　Plaintiffs Ronald Kasel, James Bunker, Kathryn Peyton, and Lamonte King have failed to show good cause why this action should not be dismissed without prejudice for failure to effect timely service as to Defendant Welpman Holdings, LLC, pursuant to Fed. R. Civ. P. 4(m).

　　　**IT IS THEREFORE ORDERED** that the action is hereby **DISMISSED without prejudice** as to Defendant Welpman Holdings, LLC.

　　　**DATED** this __16__ day of June, 2021.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Gloria M. Navarro, District Judge
　　　　　　　　　　　　　　　　　　　　　　　United States District Court